UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH KORDA,

                        Plaintiff,                Index No. 08 CV0106 (GBD)

    -against-                             **NOTICE OF**
                                                              **APPEARANCE**

JULIAN SOSNER, MD and SUSAN COWELL,

                        Defendants.
------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Julian Sosner, MD.

    I certify that I am admitted to practice in this court.

Date: March 31, 2008

                                                      Kathryn C. Collins (KCC 1897)
                                                      kcollins@kbrlaw.com
                                                      99 Park Avenue, 19th Floor
                                                      New York, New York 10016
                                                      (212) 980-9600

TO:    Joseph Korda
           1540 York Avenue
           New York, New York 10028

           Raab, Sturm, Goldman & Ganchrow, LLP
           Attorneys for Co-Defendant
           SUSAN COWELL
           317 Madison Avenue, Suite 1708
           New York, New York 10017
           (212) 683-6699

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served via regular mail, postage prepaid on the 1st day of April 2008 upon:

Raab, Sturm, Goldman & Ganchrow, LLP
317 Madison Avenue, Ste 1708
New York, NY 10017

Joseph Korda
1540 York Avenue
New York, NY 10028

_____
KATHRYN C. COLLINS