# KAUFMAN BORGEEST & RYAN LLP

ANDREW S. KAUFMAN
WAYNE E. BORGEEST
JULIANNA RYAN
LEE F. BERGER
LORETTA A. KREZ
JOAN M. GILBRIDE
JONATHAN D. RUBIN
JUDITH M. FISHER
A. MICHAEL FURMAN
MICHAEL P. MEZZACAPPA
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO
JONATHAN B. BRUNO
PAUL J. COLUCCI
MARGARET J. DAVINO
JEFFREY C. GERSON
ROCCO P. MATRA
JOHN B. MULLAHY
MELINDA B. MARGOLIES
JEFFREY S. WHITTINGTON
CHRISTINE HEENAN

OF COUNSEL
MARIBETH SLEVIN
SHERRI M. FELDMAN

APPELLATE COUNSEL
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER
CAROL S. DOTY
BARBARA-ANN M. COSTELLO
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS
BELINDA DODDS-MARSHALL
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JENNIFER BIRNBAUM
MICHAEL R. JANES
R. EVON HOWARD
LEONARD B. COOPER
ANDREW R. JONES
KEITH L. KAPLAN
VINCENT C. ANSALDI
DAVID J. VARRIALE
DOUGLAS J. DOMSKY

ATTORNEYS AT LAW

99 PARK AVENUE
NEW YORK, NEW YORK 10016

TELEPHONE: 212.980.9600
FACSIMILE: 212.980.9291
www.kbrlaw.com

TIMOTHY E. MCCARTHY
JEFFREY A. GRALNICK
TRACEY REISER-PERTONO
KATHERINE J. O'BRIEN
DAMIEN SMITH
ANDREW S. KOWLOWITZ
MATTHEW M. FERGUSON
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA
MATTHEW SPERGEL
PAUL I. CURLEY
ROBERT A. BENJAMIN
KATHRYN C. COLLINS
JANINE C. CIALFELLA
ELAN R. KANDEL
BRIAN M. SHER
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
EILEEN R. FULLERTON
DENNIS J. DOZIS
LYNN M. DUKETTE
RISA D. TARKOFF
MILLI SHAH
KATHRYN M. WALSH
LAURA B. JUFFA

KATELIN B. O'ROURKE
BETSY PHILIP
SARA K. WALKER
KERI B. WASSERSTEIN
REMI D. FLAISHMAN
MELISSA A. MANNING
THOMAS LOOKSTEIN
ROBERT F. ELKETI
JULIE A. MICKIEWICZ
LORRAINE C. SYLVESTER
JESSICA MOLINARES
JENNIFER M. HAMILTON
ANN MARIE M. ANDREWS
BAIN R. LOUCKS

April 1, 2008

Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Attn: Honorable George B. Daniels

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS

APR 0 8 2008

Re: Korda v. Sosner, MD, et al
    Index No. 08CV0106 (GBD)
    File No. 703.613

Dear Honorable Sir:

We have recently filed a Notice of Appearance on behalf of Julian Sosner, M.D. in the above-referenced matter which has been assigned to your part. We are requesting the court's permission to file a pre-answer motion to dismiss under Federal Rule 12(b)(6) based upon the plaintiff's failure to state a viable cause of action and would like to schedule a conference call with the parties to set forth a motion briefing schedule. I appreciate the court's time and assistance with this matter.

Respectfully yours,

*[signature]*
Kathryn C. Collins

Cc: Joseph Korda
    1540 York Avenue
    New York, New York 10028

Raab, Sturm, Goldman & Ganchrow, LLP
Attorneys for Co-Defendant
SUSAN COWELL
317 Madison Avenue, Suite 1708
New York, New York 10017
(212) 683-6699

KAUFMAN BORGEEST & RYAN LLP