UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH KORDA,

                Plaintiff,

      -against-

JULIAN SOSNER, M.D. and
SUSAN COWELL,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 CV 106 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Defendants having agreed that plaintiff's appeal to the Trustees of the Building Service 32BJ Health Fund for disability benefits shall be re-opened and re-considered on the full record, including an evaluation of plaintiff's vocational capability, it is hereby

    ORDERED that the action is stayed for all purposes, including motions and discovery pending the 32BJ Fund Trustees' decision on the re-opened appeal of plaintiff.

    The parties shall promptly notify the Court of the Trustees' decision, at which time the Court shall take appropriate action regarding this litigation.

Dated: June 11, 2008
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge